### ROONEY v. CITY COUNCIL OF AUGUSTA.

COBB, J. 1. It is not erroneous to refuse to sanction a petition for certiorari, alleging that a conviction of violating a city ordinance prohibiting the keeping open of a barroom on the Sabbath day was contrary to law and the evidence, when it appears on the face of the petition that there was at the trial sufficient evidence to show that the barroom was kept open on the Sabbath and to warrant the judgment against the accused.

2. The testimony of a witness for the accused in such a trial, it not appearing that such witness had any connection with the keeping of the barroom, that, "if the barroom  .  . was open on Sunday, it was without" the consent or authority of the proprietor, is no more than an expression of opinion by the witness that the proprietor would not be guilty of violating the ordinance in question, and consequently is insufficient to free such proprietor from his responsibility to the law.

*Judgment affirmed. All the Justices concurring.*

Argued March 20, — Decided April 19, 1899.

Certiorari. Before Judge Brinson. Richmond superior court. February 6, 1899.

*Charles Z. McCord,* for plaintiff in error.
*William H. Barrett,* contra.

---

### CRAYTON v. THE STATE.

COBB, J. The record disclosing that there was sufficient evidence to warrant the jury in convicting the accused, and there being no complaint that any error of law was committed, the judgment overruling the motion for a new trial, embracing only the general grounds that the verdict was contrary to law and the evidence, will not be disturbed by the Supreme Court. *Judgment affirmed. All the Justices concurring.*

Submitted March 20, — Decided April 19, 1899.

Indictment for arson. Before Judge Littlejohn. Sumter superior court. November term, 1898.

*J. R. Williams,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.